IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VUDU, INC.,<br><br>    Defendant. | CASE NO. 6:15-CV-233<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(A), Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses with prejudice its claims asserting infringement of the patent-in-suit in the above captioned action, and all parent and continuation patents and patent applications of the patent-in-suit, against Defendant VUDU, Inc.  Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:  June 24, 2015

*/s/ Charles Ainsworth*
Charles Ainsworth (TX Bar No. 00783521)
Robert Christopher Bunt (TX Bar No. 00787165)
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone:  (903) 531-3535
Facsimile:  (903) 533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Attorneys for Plaintiff,
Rothschild Broadcast Distribution Systems, LLC

*/s/ Bijal V. Vakil with permission by Charles Ainsworth*
Bijal V. Vakil (CA Bar No. 192878)
*(Admitted to practice in Eastern District of Texas)*
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 95306
Telephone:  (650) 213-0303
Facsimile:  (650) 213-8158
Email: bvakil@whitecase.com
Attorneys for Defendants
VUDU, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on 24th day of June, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/Charles Ainsworth*
Charles Ainsworth