# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC. | § § § | |
| Plaintiff | § | CASE NO.  6:15cv233-RWS-JDL |
| | § | |
| vs. | § § | |
| VUDU, INC. | § § § | |
| Defendant | § | |

## ORDER

After considering Plaintiff's Stipulation of Dismissal (Doc. 15), the Court:

GRANTS Plaintiff Rothschild Broadcast Distribution Systems, LLC's Stipulation of Dismissal with prejudice; and

DISMISSES all of Plaintiff Rothschild Broadcast Distribution Systems, LLC.'s claims against Vudu, Inc. with prejudice.

**So ORDERED and SIGNED this 17th day of July, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE